HENRY VAN ARSDALE et al., defendants and appellants,

*v.*

CONGREGATIONAL HOME MISSIONARY SOCIETY, complainant and respondent.

[Filed November 20th, 1899.]

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *13 Dick. Ch. Rep. 293.*

*Mr. Cortlandt Parker, Jr.,* for the appellants.

*Mr. Arthur Denman,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, GUMMERE, LUDLOW, COLLINS, BOGERT, HENDRICKSON, ADAMS, NIXON, VREDENBURGH—14.

*For reversal*—None.